STATE OF OREGON            )
                           )   SS
COUNTY OF WASHINGTON       )

### VERIFICATION

Under penalties as provided by law pursuant to 735 ILCS 5/1-109 of the Illinois Code of Civil Procedure, the undersigned certifies that the statements set forth in the Verified Complaint for Replevin and Money Damages are true and correct, except as to the matters stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that he verily believes the same to be true.



OFFICIAL SEAL
VALERIE RIVERA
NOTARY PUBLIC-OREGON
COMMISSION NO. 413260
MY COMMISSION EXPIRES APRIL 14, 2011

_____
David A. O'Hara
Litigation Manager

Subscribed and sworn to before me
this 17th day of December, 2007

_____
Notary Public

10