# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Matthew F. Kennelly | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 7157 | **DATE** | 1/11/2008 |
| **CASE TITLE** | US Bancorp Equip. Fin. Exchg. Co. vs. Young Constr. & Paving, LLC, et al. | | |

**DOCKET ENTRY TEXT**

Plaintiff is directed to file by no later than 1/22/08 an amended complaint setting forth the citizenship of each of the members of defendant Young Construction & Paving, LLC, including the complete citizenship of any corporate or "LLC" members. *See Mutual Assignment & Indemnification Co. v. Lind-Waldock & Co., LLC,* 364 F.3d 858, 861 (7th Cir. 2004); *Cosgrove v. Bartolotta,* 150 F.3d 729, 731 (7th Cir. 1998). If plaintiff fails to do so, the Court will dismiss the case for lack of diversity jurisdiction.

Docketing to mail notices.

| | Courtroom Deputy Initials: | mk |
|---|---|---|