UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS (Western Division)

| | |
|---|---|
| U.S. Bancorp Equipment Finance Exchange CO., as Assignee of U.S. Bancorp Equipment Finance, Inc., Vendor Finance Group,<br><br>Plaintiff,<br><br>v.<br><br>Young Construction & Paving, LLC, Gordon T. Young and Jeffrey D. Young,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) Case Number: 07 C 7157<br>)<br>)<br>)<br>)<br>) |

## AFFIDAVIT

I, __C. Danrieter__, hereby sworn on oath state that I am over the age of 18 years and not a party in the above captioned matter and that on __1/11__ 2008 at __12:20 P__ M. I served this **Summons and Verified Complaint** upon: Jeffery D. Young, at 24711 Emerson Rd. Sterling, IL 61081 by serving:

Name: __Jeffery D. Young__

Relationship: __Self__

Copies mailed to the Defendant at the above address U.S postage fully prepaid on: __N/A__

Description: Sex: __M__, Race: __W__, Age: __46__

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this affidavit of service are true and correct

Further the Affiant Sayeth Naught.

__Chuck Danrieter__
Process Server

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

U.S. BANCORP EQUIPMENT FINANCE EXCHANGE CO., as assignee of U.S. BANCORP EQUIPMENT FINANCE, INC. VENDOR FINANCE GROUP

V.

YOUNG CONSTRUCTION & PAVING, LLC, GORDON T. YOUNG and JEFFREY D. YOUNG

CASE NUMBER: **07 C 7157**

ASSIGNED JUDGE: **JUDGE KENNELLY**

DESIGNATED MAGISTRATE JUDGE: **MAGISTRATE JUDGE COLE**

TO: (Name and address of Defendant)

Jeffrey D. Young
24711 Emerson Rd.
Sterling, IL 61081

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Thomas V. Askounis/C. Randall Woolley
Askounis & Borst, P.C.
180 N. Stetson Ave., Suite 3400
Chicago, IL 60601
(312) 861-7100

an answer to the complaint which is herewith served upon you, within _____Twenty (20)_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael W. Dobbins, Clerk

*/s/ Anya Ellis*
(By) DEPUTY CLERK

December 20, 2007
Date

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
              Date          *Signature of Server*

                            *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.