# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS (Western Division)

| | |
|---|---|
| U.S. Bancorp Equipment Finance Exchange CO., as Assignee of U.S. Bancorp Equipment Finance, Inc., Vendor Finance Group,<br><br>Plaintiff,<br><br>v.<br><br>Young Construction & Paving, LLC, Gordon T. Young and Jeffrey D. Young,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) Case Number: 07 C 7157<br>)<br>)<br>)<br>)<br>) |

## AFFIDAVIT

I, _C. Daniietec_, hereby sworn on oath state that I am over the age of 18 years and not a party in the above captioned matter and that on _1/11_ 2008 at _12:20 P_ M. I personally served this **Summons and Verified Complaint** upon: **Young Construction & Paving, LLC, c/o Jeffery D. Young, at 24711 Emerson Rd., Sterling, IL 61081 by serving:**

Name: _Jeffery D. Young_

Description: Sex: _M_, Race: _W_, Age: _46_

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this affidavit of service are true and correct

Further the Affiant Sayeth Naught.

_Chuck Danielec_
Process Server

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

U.S. BANCORP EQUIPMENT FINANCE EXCHANGE
CO., as assignee of U.S. BANCORP EQUIPMENT
FINANCE, INC. VENDOR FINANCE GROUP

CASE NUMBER: 07-C-7157

V.

ASSIGNED JUDGE:

YOUNG CONSTRUCTION & PAVING, LLC,
GORDON T. YOUNG and JEFFREY D.
YOUNG

DESIGNATED
MAGISTRATE JUDGE:

TO: (Name and address of Defendant)

Young Construction & Paving, LLC
Attn: Jeffrey D. Young
24711 Emerson Rd.
Sterling, IL 61081

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Thomas V. Askounis/C. Randall Woolley
Askounis & Borst, P.C.
180 N. Stetson Ave., Suite 3400
Chicago, IL 60601
(312) 861-7100

an answer to the complaint which is herewith served upon you, within ___Twenty (20)___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

(By) DEPUTY CLERK                                                    DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
                    Date                               *Signature of Server*

                                            _____
                                            *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.