STATE OF OREGON              )
                             )   SS
COUNTY OF WASHINGTON         )

### VERIFICATION

     Under penalties as provided by law pursuant to 735 ILCS 5/1-109 of the Illinois Code of Civil Procedure, the undersigned certifies that the statements set forth in the Verified Complaint for Replevin and Money Damages are true and correct, except as to the matters stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that he verily believes the same to be true.



David A. O'Hara
Litigation Manager

Subscribed and sworn to before me

this 11th day of December, 2007

_Valerie Rivera_
Notary Public

10