UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS (Western Division)

| | | |
|---|---|---|
| U.S. BANCORP EQUIPMENT FINANCE EXCHANGE CO., as assignee of U.S. BANCORP EQUIPMENT FINANCE, INC. VENDOR FINANCE GROUP | ) ) ) ) | |
| | ) | Case No. 07 C 7157 |
| Plaintiff, | ) ) ) | Judge Kennelly Magistrate Judge Cole |
| v. | ) ) | |
| YOUNG CONSTRUCTION & PAVING, LLC, GORDON T. YOUNG and JEFFREY D. YOUNG, | ) ) ) ) | |
| Defendants. | ) | |

**NOTICE OF DISMISSAL**

     NOW COMES, U.S. BANCORP EQUIPMENT FINANCE EXCHANGE CO., as assignee of U.S. BANCORP EQUIPMENT FINANCE, INC. VENDOR FINANCE GROUP, by and through counsel, and pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) dismisses this action without prejudice.

                      U.S. BANCORP EQUIPMENT FINANCE EXCHANGE CO., as assignee of U.S. BANCORP EQUIPMENT FINANCE, INC. VENDOR FINANCE GROUP

                By:    s/C. Randall Woolley
                           One of Its Attorneys

Thomas V. Askounis, Esq. (ARDC# 00077720)
C. Randall Woolley, Esq. (ARDC# 06280067)
ASKOUNIS & BORST, P.C.
180 N. Stetson Ave.
Suite 3400
Chicago, IL  60601
(312) 861-7100
(312) 861-0022 (fax)
U:\RWoolley\US Bancorp\Young Construction\Notice of Dismissal.wpd

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 23, 2008, I electronically filed the foregoing *Notice of Dismissal* with the Clerk of the Court using the CM/ECF system, and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

Young Construction & Paving, LLC
Attn: Jeffrey D. Young
24711 Emerson Rd.
Sterling, IL 61081

Jeffrey D. Young
24711 Emerson Rd.
Sterling, IL 61081

Gordon Young
1215 Magnolia Dr.
Carrollton, TX 75007

By:   s/C. Randall Woolley